**10 CA 10329 MLW**

FILED
IN CLERKS OFFICE

APPLICATION UNDER 28 U.S.C. § 2241 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE OR FEDERAL CUSTODY
(Do not use as a § 2254 or as a § 2255)

2010 FEB 19 A 11:07
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE Collings

UNITED STATES District of Boston, MA

Case No. _____
(Clerk will supply)

Name and Prison Number: CRAIG Cromartie # W80600

Place of Confinement: MCI Cedar Junction Walpole

Name of Applicant: Craig Cromartie
(include name under which convicted)

Name of Respondent: Acting Superintendant - Allison Hallart
(Name of Warden)

## APPLICATION

1. Name and location of court which imposed the sentence you challenge: Salem Superior Court - 34 Federal St. Salem MA, 01970

2. Date of judgment of conviction: July 31, 02

3. Length of sentence imposed: 5 to 7 years

4. Nature of offense(s) of conviction (all counts): Robbery, Larceny, Burglary, Larceny, Poss. burg tools, operating negligently M.V., A+B, threatening w/ a person

5. What was your plea as to each count? (Check one)

   ☐ Not Guilty

   ☑ Guilty

   ☐ Nolo contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one) ☐ Jury ☐ Judge only

7. Did you testify at the trial? ☐ Yes ☐ No

8. Did you appeal from the judgment of conviction? ☐ Yes ☐ No

9. If you did appeal, answer the following:

   (a) Name of Court: _____

   (b) Result: _____

   (c) Date of result and citation, if known: _____

   (d) Grounds raised: _____

   (e) If you sought further review of the decision on appeal by a higher court, answer the following:

      (1) Name of Court: _____

      (2) Result: _____

      (3) Date of result and citation, if known: _____

      (4) Grounds raised: _____

   (f) If you filed a petition for certiorari or appeal in the Supreme Court of the United States as part of that direct appeal, answer the following:

      (1) Name of Court: __Supreme Court of the United States__

      (2) Result: _____

      (3) Date of result and citation, if known: _____

      (4) Grounds raised: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal (a post-conviction proceeding)?   ☒ Yes   ☐ No

11. If your answer to 10 was "Yes," answer the following:

   (a) First post-conviction proceeding:

      (1) Name of Court: Salem Superior Court

      (2) Nature of proceeding: Jail Credits

      (3) Grounds raised: I asked the Court to Correct the mittimus

      (4) Did you receive an evidentiary hearing?   ☐ Yes   ☒ No

      (5) Result: Denied his WR... ... #9812070/2 1yr And recieved 1yr sentence Docket Number 0101CR1183 Not Entitled To credits

      (6) Date of result: 6-8-04

   (b) Second post-conviction proceeding:

      (1) Name of Court: Salem Superior Court

      (2) Nature of proceeding: Jail Credits Owed

      (3) Grounds raised: I am owed 60 days added to Awaiting Trial held or CA: From Feb 26,01, Thru April 9th 01

      (4) Did you receive an evidentiary hearing?   ☐ Yes   ☒ No

      (5) Result: L... ...

      (6) Date of result: July 24, 09

   (c) Did you appeal to the highest court having jurisdiction the result of the post-conviction proceeding(s)?

      (1) First proceeding:   ☐ Yes   ☒ No

      (2) Second proceeding:   ☐ Yes   ☒ No

(d) If you did *not* appeal from the adverse result of the post-conviction proceeding(s), explain briefly why you did not:

because This at The end of sentence Ach. at time I had no knowledge of That, or The Jail Query

12. If you have *not* been convicted, answer the following:

(a) Type of decision or action you challenge: _____

(b) Who made the decision? _____

(c) Date of decision: _____

(d) Was there a hearing of any kind?   ☐ Yes   ☐ No

Hearing conducted by: _____

Location and date: _____

Result: _____

N/A   **Exhaustion of Administrative Remedies**

13. If your claim concerns a FEDERAL PAROLE matter, answer the following:

(a) Did you appeal the decision to the National Appeals Board of the U.S. Parole Commission?   ☐ Yes   ☐ No

(b) Appeal filing date: _____

(c) Grounds raised: _____

(d) Result: _____

(e) Date of result: _____

14. If your claim concerns computation of your FEDERAL sentence, or a claim other than FEDERAL parole, answer the following:

    (a) Did you attempt to resolve your complaint informally?   ☐ Yes   ☐ No

    (b) Did you appeal to the Warden?   ☐ Yes   ☐ No

    (c) Did you appeal to the Regional Director?   ☐ Yes   ☐ No

    (d) Did you appeal to the General Counsel?   ☐ Yes   ☐ No

    If you did not use the Administrative Remedy Procedure, explain why you did not do so:

    _____

    _____

15. If you are a STATE prisoner, answer the following:

    Did you exhaust all administrative remedies available to you?   ☒ Yes   ☐ No

    If you did not exhaust your administrative remedies, explain why you did not do so:

    When I presented my argument during a Trial held in Court 3dy, I was told I have to take it up in Court.

16. Have you filed any previous lawsuits related to your present claims(s)?   ☐ Yes   ☒ No

    (a) Name and location of Court: _____

    (b) Case number and style: _____

    (c) Nature of lawsuit: _____

    (d) Grounds raised: _____

    (e) Result and date: _____

## Grounds for Relief

17.  State *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

**CAUTION: If you fail to set forth all grounds in this application, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list of the most frequently raised grounds for relief in applications for writs of habeas corpus pursuant to 28 U.S.C. § 2241. You may raise any grounds which you may have other than those listed. However, you should raise in this application all available grounds (relating to this conviction or sentence) on which you base your allegations that you are being held in custody unlawfully.

**Do not** check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check one or more of these listed grounds.

   (i)   U. S. Parole Commission unlawfully revoked my parole.
   (ii)  Federal Bureau of Prisons unlawfully computed my sentence.
   (iii) Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
   (iv)  Federal Bureau of Prisons or State prison system unlawfully revoked my good-time credits.
   (v)   There is an unlawful detainer lodged against me.
   (vi)  I am a citizen and domiciliary of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
   (vii) The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a § 2254 petition or a § 2255 motion.

(a) Ground One: Supporting FACTS (state *briefly* without citing cases or law): I AM Firmly Asserting I am owed 60 more days Jail credit View Middleton Jail Essex County Detainee Query sheet of Dates held. Awaiting Trial

(b) Ground Two: Supporting FACTS (state *briefly* without citing cases or law): View Lynn District Court Docket sheet on Arraignment Date 2/26/01 Thru 4/24/01 Defendant was never credited Lynn Courts 43 days awaiting Trial, Apr. 10,01 Defendant was indicted by Salem Superior Court, And Arraigned,

(c) Ground Three: Supporting FACTS (state *briefly* without citing cases or law): ON LYNN Dock DKT:R 0005176 credits were not calculated To Superior Sentence, 43 days owed, February 26,01 - April 9,01 Defendant indicted,

(d) Ground Four: Supporting FACTS (state *briefly* without citing cases or law): On the Superior Court on contested mittimus applied credits solely from Date of Arraignment April 10,01 Thru May 21,01 And April 26,02 Thru May 23,02 ESC 2001-00083-01 70 day credit.

18. If any of the grounds listed in 17(a), (b), (c), and (d) were not previously presented in any other court, either state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: I had no facts of proof before until I wrote records and requested copy of my Query Sheet of Dates, and Total Days spent in Essex Jail Facility Awaiting Trial. Review Defendant Letter To Essex County Jail Records Department.

19. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment/decision under attack? ☐ Yes ☑ No

20. Give the name and address, if known, of each attorney who represented you in the following stages of judgment/decision attacked herein:

   (a) Preliminary hearing: Marvin Leppo Revere, MA.

   (b) Arraignment and plea: Public Counsel on Arraignment

   (c) Trial: n/a

   (d) Sentencing: ___ ___ & ___ in Boston MA

   (e) Appeal: n/a

   (f) Post-conviction proceeding: Pro se

   (g) Appeal from any adverse ruling in a post-conviction proceeding: N/A

21. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? ☑ Yes ☐ No

22. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?   ☐ Yes   ☑ No

   (a) If so, give name and location of court which imposed sentence to be served in the future:

   _____

   _____

   (b) Give date and length of the above sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?   ☐ Yes   ☐ No

**Wherefore**, the applicant prays that the Court grant applicant relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:   February 6, 10
                      (Date)

Craig Gonsalves
Signature of Applicant