```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CRAIG CROMARTIE,                )
     Petitioner                 )
                                )
          v.                    )  C.A. No.10-10329-MLW
                                )
                                )
ALLISON HALLART,                )
     Respondent                 )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                           December 8, 2010

Petitioner Craig Cromartie seeks relief pursuant to 28 U.S.C. §2254. He has not filed an opposition to Respondent Allison Hallart's Motion to Dismiss, which was filed on April 22, 2010. Respondent Allison Hallart has also filed a Motion to Dismiss for Lack of Prosecution. Cromartie has also failed to file an opposition to this motion.

The relevant Local Rule of the United States District Court for the District of Massachusetts states that, "[a] party opposing a motion, shall file an opposition to the motion within fourteen (14) days after service of the motion, unless another period is fixed by rule or statute, or by order of the court, and in the same . . . document a memorandum of reasons, including citation of supporting authorities, why the motion should not be granted."  D. Mass. R. 7.1(b)(2). "Failure to comply with any of the directions or obligations set forth in. . . these Local Rules may result in dismissal, default, or the imposition of other sanctions as deemed

appropriate by the judicial officer." D. Mass. R. 1.3.

Accordingly, and because the respondent's motion to dismiss appears meritorious, it is hereby ORDERED that

1. The respondent's Motion to Dismiss (Docket No. 8) is ALLOWED.

2. The petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED.

3. The respondent's Motion to Dismiss for Lack of Prosecution (Docket No. 11) is MOOT.

      /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE