**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **CRAIG CROMARTIE,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 10-10329-MLW** |
| | ) | |
| **ALLISON HALLART,** | ) | |
| **Respondents,** | ) | |

### JUDGMENT

**WOLF, D. J.**

In accordance with this Court's Memorandum and Order dated **DECEMBER 8, 2010** granting the Respondent's Motion to Dismiss (Docket No. 8) and dismissing petitioner's petition for a writ of Habeas Corpus under 28 U.S.C. §2254 (Docket No. 1) is, it is hereby ORDERED .

JUDGMENT for the respondent.

By the Court,

**December 9, 2010**                                    **/s/ Dennis O'Leary**
        **Date**                                                **Deputy Clerk**

**(judge-dis.wpd - 12/98)**                                              **[jgm.]**